IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRENDA JOYCE GIVHAN, #133055,    )
                                )
        Petitioner,             )
                                )
v.                              )    CIVIL ACTION NO.  2:09cv56-TMH
                                )               (WO)
FRANK ALBRIGHT, *et al.*,       )
                                )
        Respondents.            )

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the

respondents and against the petitioner, and this action be and is hereby dismissed without

prejudice.

Done this the 11th day of May 2009.

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE